HON. RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-5775RBL |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A DECLARATION UNDER SEAL |
| VICTORIA J. TADE, | |
| Defendant. | |

The defendant, Victoria J. Tade, having moved the court for leave to file a declaration under seal, and the court having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, the court has concluded that the motion is meritorious and should be granted. Accordingly, it is hereby

ORDERED that the defendant may file a declaration presenting additional information with respect to the defendant's current financial circumstances, under seal.

DONE this 24th day of July, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE A DECLARATION
UNDER SEAL - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

Presented by:

/s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE A DECLARATION
UNDER SEAL - 2

# CERTIFICATE OF SERVICE

I certify that on July 23, 2009, I electronically filed the foregoing [Proposed] Order Granting Defendant's Motion for Leave to File a Declaration under Seal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the United States of America, Assistant United States Attorneys Katheryn Frierson and Tessa Gorman.

By: /s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE A DECLARATION
UNDER SEAL - 3

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391